558

445 A.2d 207

Balmer et al., etc., Appellants v. American Finance Co., et al.

Maus etc., Appellants v. Holiday Consumer District of Dunmore.

Argued September 10, 1980. O. Randolph Bragg, for appellants; Michael Donahue, for appellees.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Orders affirmed.

445 A.2d 207

Brennan, Appellant v. Barnes v. Lux et al.
Petition for Allowance of Appeal Denied Aug. 20, 1982.

Argued September 10, 1980. Michael J. Eagen, Jr., for appellant; Michael Donohue, for Barnes, appellee; William Murphy, for Lux, appellee; Paul Barrett, for School Dist. of the City of Scranton, appellee; Zygmunt Bialkowski, Jr., for the City of Scranton, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.